DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:      (415) 554-3837
E-Mail:          james.hannawalt@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BROUSSARD,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH MCCLOSKEY; CITY AND COUNTY OF SAN FRANCISCO; DOES 1-20, inclusive,<br><br>　　　Defendants. | Case No. CV10-4997 JL<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed:　October 4, 2010<br>Trial Date:　　　　　None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Whereas, this case is set for a Case Management Conference on April 20, 2011 at 10:30 am before the Honorable Magistrate Judge James Larson in Courtroom F, 15th Floor of the federal courthouse located at 450 Golden Gate Avenue,

Whereas, defense counsel has a multi-party all-day mediation set for April 20, 2011, of which he was unaware when the court ordered a Case Management Conference on April 20, 2011, at 10:30 am.

1  Counsel for all parties agree to continue the Case Management Conference from April 20,
2  2011, until May 4, 2011 at 10:30 am before Magistrate Judge James Larson in Courtroom F on the 15th
3  floor of the federal courthouse located at 450 Golden Gate Avenue.

Dated: March 8, 2011  LAW OFFICE OF JOSEPH S. MAY

By: */s/ Joseph S. May*
    JOSEPH S. MAY
    Attorneys for Plaintiff FRED BROUSSARD

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

Dated: March 9, 2011  BERSCHLER ASSOCIATES, PC

By: */s/ Arnold I. Berschler*
    ARNOLD I. BERSCHLER
    Attorneys for Plaintiff FRED BROUSSARD

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

Dated: March 9, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JAMES F. HANNAWALT
Deputy City Attorney

By: */s/ James F. Hannawalt*
    JAMES F. HANNAWALT

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

///
///

2
STIPULATION AND PROPOSED ORDER TO CONT. FURTHER CMC  n:\lit\li2010\110449\00685103.doc
BROUSSARD v. CCSF, ET AL. Case No. CV10-4997 JL

**ORDER**

IT IS ORDERED, that the Case Management Conference presently set on April 20, 2011 before Magistrate Judge James Larson in courtroom F on the 15th Floor of the federal courthouse located at 450 Golden Gate Avenue, is continued until May 4, 2011 at 10:30AM before Magistrate Judge James Larson in courtroom F on the 15th Floor of the federal courthouse located at 450 Golden Gate Avenue.

DATED: __March 9, 2011_____  _____
MAGISTRATE JUDGE JAMES LARSON