DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:     (415) 554-3837
E-Mail:        james.hannawalt@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BROUSSARD,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH MCCLOSKEY; CITY AND COUNTY OF SAN FRANCISCO; DOES 1-20, inclusive,<br><br>    Defendants. | Case No. CV10-4997 WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM JULY 7, 2011 TO JULY 14, 2011.**<br><br>Date Action Filed:   October 4, 2010<br>Trial Date:          None Set |

### INTRODUCTION

This is a civil rights lawsuit based on the allegation that excessive force was used during an arrest of plaintiff. The parties consented to the assignment of the case to Magistrate Larsen for all purposes. Upon Magistrate Judge Larsen's retirement, the case was re-assigned to Hon. William Alsup. The court then set a case management conference for July 7, 2011. Mediation is scheduled for July 26, 2011 in this case.

### RELIEF REQUESTED

Defendant requests a one week continuance of the Case Management Conference. The basis for this request is that defense counsel who will try this case will be on vacation in the State of Maine

on July 7, 2011.  Defense counsel can attend the Case Management Conference on July 14, 2011. Defense counsel previously served and filed a notice of unavailability in this case advising that Mr. Hannawalt, the deputy city attorney assigned to handle this case, would be unavailable due to vacation from July 1 to 10, 2011 and August 1 to 14, 2011.

### THERE IS NO OPPOSITION TO THE RELIEF REQUESTED

Defense counsel contacted plaintiff's counsel Joseph May meet and confer regarding this matter.  Defense counsel requested a stipulation to continue the CMC until after the mediation scheduled for July 26, 2011.  Plaintiff's counsel agreed to continue the Case Management Conference until July 14, 2011.  Therefore, defendant makes the present motion to continue the Case Management Conference until July 14, 2011.

Dated:  June 29, 2011

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>JAMES F. HANNAWALT
>Deputy City Attorney
>
>By:*/s/ James F. Hannawalt*
>     JAMES F. HANNAWALT
>     Attorneys for Defendants

### DECLARATION OF JAMES F. HANNAWALT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

I, JAMES F. HANNAWALT, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court.  I am employed as a Deputy City Attorney with the Office of the City Attorney for the City and County of San Francisco ("San Francisco").  I am assigned to represent the City and County of San Francisco and Joseph McCloskey in the above-captioned litigation, and will be the trial counsel in this case.

2. The information contained in this declaration is true of my own personal knowledge, unless stated otherwise, and if called upon to do so, I could and would competently testify thereto.

3. Declarant has paid for transportation to be on vacation in the State of Maine with my family from July 1, 2011 until July 10, 2011. Declarant will be available to attend the Case Management Conference on July 14, 2011. I will also be unavailable due to a previously scheduled vacation from August 1 to 14, 2011.

4. Declarant contacted plaintiff's counsel Joseph May meet and confer regarding the rescheduling of the Case Management Conference in this matter. Declarant initially requested a stipulation to continue the CMC until after the mediation scheduled for July 26, 2011 in this case. Plaintiff's counsel agreed to continue the Case Management Conference until July 14, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed June 29, 2011, at San Francisco, California.

*/s/ James F. Hannawalt*
JAMES F. HANNAWALT

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:     (415) 554-3837
E-Mail:        james.hannawalt@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BROUSSARD,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JOSEPH MCCLOSKEY; CITY AND COUNTY OF SAN FRANCISCO; DOES 1-20, inclusive,<br><br>　　　Defendants. | Case No. CV10-4997 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM JULY 7, 2011 TO JULY 14, 2011.**<br><br>Date Action Filed:　October 4, 2010<br>Trial Date:　　　　None Set |

To All Parties and Their Attorneys of Record:

The Court having considered defendants' administrative motion to continue the Case Management Conference from July 7, 2011 to July 14, 2011, the declaration submitted in support of the administrative motion, and pleadings on file in the case,

IT IS ORDERED that the Case Management Conference in this matter is continued from July 7, 2011 to July 14, 2011.

1

PROPOSED Order Granting Defs' Administrative Motion to Continue CMC
BROUSSARD v. CCSF, ET AL. Case No. CV10-4997 WHA

c:\documents and settings\mamartin\desktop\proposed order granting defendants' administrative motion to continue cmc.doc

1  DATED: June 29, 2011

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

2
PROPOSED Order Granting Defs' Administrative Motion to Continue CMC
BROUSSARD v. CCSF, ET AL. Case No. CV10-4997 WHA

c:\documents and settings\mamartin\desktop\proposed order granting defendants' administrative motion to continue cmc.doc