IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

FRED BROUSSARD,

    Plaintiff,

  v.

JOHN McCLOSKEY, CITY AND COUNTY OF SAN FRANCISCO, and DOES 1–20, inclusive,

    Defendants.

                                                 /

No. C 10-04997 WHA

**ORDER SETTING HEARING ON DISCOVERY DISPUTE**

      The Court acknowledges defendant's letter of December 6, 2011, and hereby **SETS** a further meet-and-confer on **TUESDAY, DECEMBER 13, 2011, STARTING FROM 8:00 A.M. AND CONTINUING THROUGH TO 11:30 A.M.** in the Court's jury room on the nineteenth floor of the federal courthouse. Counsel should ring chambers to be let into the jury room. At **11:30 A.M.**, the Court shall hear any remaining discovery issue(s). Plaintiff's response to the December 6 letter is due by 9:00 a.m. on December 12.

      Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

      **IT IS SO ORDERED.**

Dated: December 7, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE