DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3913
Facsimile: (415) 554-3837
E-Mail: james.hannawalt@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BROUSSARD,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH MCCLOSKEY; CITY AND COUNTY OF SAN FRANCISCO; DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV10-4997 WHA<br><br>**ORDER GRANTING MOTION FOR MENTAL EXAMINATION [F.R.C.P. 35]**<br><br>Hearing Date: December 13, 2011<br>Hearing Judge: Hon. William H. Alsup<br>Time: 11:30 am<br>Place: Courtroom 8, 19th Floor 450 Golden Gate Ave., San Francisco<br><br>Date Action Filed: October 4, 2010<br>Trial Date: May 7, 2012 |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Having come on for hearing at 11:30 am on December 13, 2011, in Courtroom 8 of the United States District Courthouse, before the Hon. William H. Alsup, Judge of the United States District Court, and the Court having considered the defendants' motion for order permitting a mental examination of plaintiff, the letter briefs and attachments submitted in support and in opposition, as well as the oral arguments at the hearing, and good cause appearing therefor,

1  IT IS ORDERED that defendants' retained expert Dr. William Hooker may perform a mental
2  examination of plaintiff, including neuro-psychological testing and a psychological examination,
3  which shall take place on a single day with examination and testing not to exceed six hours.

Dated: December 19, 2011.

_____
William Alsup
United States District Court Judge

Approved as to form:

_____
Arnold Berschler