United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BROUSSARD,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN McCLOSKEY, CITY AND COUNTY OF SAN FRANCISCO, and DOES 1–20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 10-04997 WHA<br><br>**ORDER REGARDING LETTER REQUESTING SANCTIONS** |

    Defendants file a two-page letter requesting monetary and terminating sanctions for discovery abuse. Defendants' request is in the improper format. Any request for sanctions must be filed in accordance with Civil Local Rules 7-2, 7-8, and 37-4.

**IT IS SO ORDERED.**

Dated: February 8, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE