**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   FRED BROUSSARD,                                    No. C 10-04997 WHA

11          Plaintiff,

12      v.                                              **REFERRAL ORDER**
                                                        **FOR SETTLEMENT**
13   JOHN MCCLOSKEY, CITY AND
     COUNTY OF SAN FRANCISCO,
14

15          Defendants.
                                                   /
16

17          Based on the parties' request at the pretrial conference, this action is referred to Chief

18   Magistrate Judge Maria-Elena James for settlement discussions on Wednesday, May 2.  Counsel

19   shall please call her chambers immediately to calendar.

20

21          **IT IS SO ORDERED.**

22

23   Dated:   May 1, 2012.                         _____
                                                   WILLIAM ALSUP
24                                                 UNITED STATES DISTRICT JUDGE

25

26

27

28