IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED BROUSSARD,

    Plaintiff,

  v.

JOHN MCCLOSKEY and CITY AND
COUNTY OF SAN FRANCISCO,

    Defendants.
                                         /

No. C 10-04997 WHA

**ORDER VACATING TRIAL DATE**

    Due to the parties' settlement on the record before Chief Magistrate Judge Maria-Elena James and the ongoing case of *Oracle v. Google* before the undersigned judge, the trial date of May 7 in this action is hereby **VACATED**. The parties will be notified when a new trial date is set.

**IT IS SO ORDERED.**

Dated: May 3, 2012.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE