IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BROUSSARD, | No. C 10-04997 WHA |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT OR DISMISSAL** |
| JOHN MCCLOSKEY, CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. / | |

    This action settled before Chief Magistrate Judge Maria-Elena James in May 2012 (Dkt. No. 156). That settlement was subject to administrative approval. By **NOON ON SEPTEMBER 27**, the parties shall file either a status report or dismissal.

**IT IS SO ORDERED.**

Dated: September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE