IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED BROUSSARD,

    Plaintiff,

v.

JOHN MCCLOSKEY; CITY AND COUNTY OF SAN FRANCISCO; DOES 1–20, inclusive,

    Defendants.

No. C 10-04997 WHA

**ORDER RE MOTION TO ENFORCE SETTLEMENT**

    Based on Attorney James Hannawalt's declaration that defendants will issue the settlement payment in the next two days, plaintiff's motion to enforce the settlement agreement will be held in abeyance. Defendants shall file a statement on whether the payment has been issued by **NOON ON OCTOBER 26**. The parties shall file a joint statement on whether the payment has been received by **NOON ON NOVEMBER 5**.

    **IT IS SO ORDERED.**

Dated: October 22, 2012.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE