1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED BROUSSARD,                                           No. C 10-04997 WHA

              Plaintiff,

   v.                                                                **ORDER GRANTING DISMISSAL**

JOHN MCCLOSKEY, et al.,

              Defendants.

_____/

      Pursuant to the parties' settlement on the record, plaintiff's unopposed motion to dismiss
is **GRANTED**.  The clerk shall close this action.


      **IT IS SO ORDERED.**


Dated:   November 13, 2012.
_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE